```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17089
   DAVID M ZUPANSIC
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-6255


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/22/06 and confirmed on 04/27/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  10774.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                PAID            PAID
-----------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG          .00              .00             .00
GMAC RESCAP LLC            MORTGAGE ARRE          .00              .00             .00
GMAC RESCAP LLC            CURRENT MORTG          .00              .00             .00
GMAC RESCAP LLC            MORTGAGE ARRE          .00              .00             .00
LAKE COUNTY COLLECTOR      SECURED                .00              .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          5513.75              .00          937.34
CONSUMERS COOP CU          UNSECURED          7125.52              .00         1211.34
DISCOVER BANK              UNSECURED         11643.53              .00         1979.40
DUVERA                     UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          5997.49              .00         1019.57
ECAST SETTLEMENT CORPORA   UNSECURED          3931.75              .00          668.40
WELLS FARGO FINANCIAL BA   UNSECURED          7151.51              .00         1215.76
WELLS FARGO FINANCIAL BA   UNSECURED          2391.50              .00          406.56
WELLS FARGO FINANCIAL IN   UNSECURED          1092.89              .00          185.79
WELLS FARGO FINANCIAL IN   UNSECURED          1071.03              .00          182.08
LAKE COUNTY COLLECTOR      SECURED                .00              .00             .00
VISTA MEDICAL CENTER       UNSECURED           108.86              .00           18.51
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      46027.83         .00        46027.83
PRINCIPAL PAID          .00          .00       7824.75         .00         7824.75
INTEREST PAID           .00          .00           .00         .00             .00
TOTAL PAID              .00          .00       7824.75         .00         7824.75
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $   157.00 direct and $  2343.00 through the plan.

The Trustee received $    451.87 .

Refunds to the Debtor totaled $     154.38 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE