```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 17089
    DAVID M ZUPANSIC
                                                    CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-6255


-----------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/22/06 and confirmed on 04/27/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   10774.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5513.75 | .00 | 937.34 |
| CONSUMERS COOP CU | UNSECURED | 7125.52 | .00 | 1211.34 |
| DISCOVER BANK | UNSECURED | 11643.53 | .00 | 1979.40 |
| DUVERA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5997.49 | .00 | 1019.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3931.75 | .00 | 668.40 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 7151.51 | .00 | 1215.76 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 2391.50 | .00 | 406.56 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1092.89 | .00 | 185.79 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1071.03 | .00 | 182.08 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| VISTA MEDICAL CENTER | UNSECURED | 108.86 | .00 | 18.51 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 46027.83 | .00 | 46027.83 |
| PRINCIPAL PAID | .00 | .00 | 7824.75 | .00 | 7824.75 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7824.75 | .00 | 7824.75 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   2500.00
and was paid $    157.00  direct and $   2343.00  through the plan.

The Trustee received $     451.87 .

Refunds to the Debtor totaled $      154.38 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/14/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                         PAGE   2
         CASE NO. 06 B 17089 DAVID M ZUPANSIC